UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ELETSON HOLDINGS INC.,<br><br>Debtor[1] | Chapter 11<br><br>Case No.: 23-10322 (JPM) |

# NOTICE OF APPEAL

Apargo Limited, Fentalon Limited, and Desimusco Trading Limited, hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Rules 8001 *et. seq*. of the Federal Rules of Bankruptcy Procedure, from each and every part of the United States Bankruptcy Court for the Southern District of New York's Memorandum Opinion and Order Granting in Part, Levona Holdings Ltd.'s Motion to Enforce the Stipulated Stay Relief Order and For Sanctions Against the Purported Preferred Nominees Pursuant to Section 105(a) of the Bankruptcy Code, Dated August 1, 2025 (the "August 1 2025 Order") (Dkt. No. 1759), as well any prior rulings referenced as a basis therein as relevant to the August 1, 2025 Order. A copy of the August 1 2025 Order is attached hereto as Exhibit A. The names of the parties to the ruling being appealed from and the names, address, and telephone numbers of their respective attorneys are:

---

[1] The Court has ordered the following footnote to be included in this caption: "Prior to November 19, 2024, the Debtors in these cases were: Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC. On [March 5, 2025], the Court entered a final decree and order closing the chapter 11 cases of Eletson Finance (US) LLC and Agathonissos Finance LLC. Commencing on [March 5, 2025], all motions, notices, and other pleadings relating to any of the Debtors shall be filed in the chapter 11 case of Eletson Holdings Inc. The Debtor's mailing address is c/o Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119." Bankr. ECF 1515 ¶ 7.

**Appellant**

*Apargo Limited, Fentalon Limited, Desimusco Trading Limited* (counsel listed below):

Hal S. Shaftel
GREENBERG TRAURIG LLP
One Vanderbilt Avenue
New York, New York 10017
(212) 801-9200
shaftelh@gtlaw.com

**Appellee**

*Levona Holdings Ltd.* (counsel listed below):

Isaac Nesser
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016
(212) 849-7253
isaacnesser@quinnemanuel.com

Dated: August 7, 2025                    Respectfully submitted,

                                         By: /s/ *Hal S. Shaftel*

                                         **GREENBERG TRAURIG, LLP**

                                         Hal S. Shaftel
                                         Maura E. Miller
                                         Adam Kirschbaum
                                         One Vanderbilt Avenue
                                         New York, NY 10017
                                         (212) 801-9200
                                         shaftelh@gtlaw.com
                                         maura.miller@gtlaw.com
                                         kirschbauma@gtlaw.com

                                         *Counsel for Apargo Limited, Fentalon Limited, and Desimusco Trading Limited*